Matter of Bryant D. (Brianna G.)

2026 NY Slip Op 02836

May 6, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Bryant D. (Anonymous). Rockland County Department of Social Services, respondent; Brianna G. (Anonymous), appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on May 6, 2026

2024-08024, (Docket No. B-1631-23)

Cheryl E. Chambers, J.P.

Linda Christopher

Helen Voutsinas

Phillip Hom, JJ.

Eric Ole Thorsen, New City, NY, for appellant.

Thomas E. Humbach, County Attorney, Pomona, NY (Barbara M. Wilmit of counsel), for respondent.

Legal Aid Society of Rockland County, New City, NY (Jacqueline Sands of counsel), attorney for the child.

[*1]

DECISION & ORDER

In a proceeding pursuant to Social Services Law § 384-b, the mother appeals from an order of fact-finding and disposition of the Family Court, Rockland County (Christopher J. Exias, J.), dated August 15, 2024. The order of fact-finding and disposition, after fact-finding and dispositional hearings, found that the mother permanently neglected the subject child, terminated the mother's parental rights, and transferred guardianship and custody of the subject child to the Rockland County Department of Social Services for the purpose of adoption.

ORDERED that the appeal is dismissed, without costs or disbursements.

This appeal must be dismissed because the order of fact-finding and disposition was superseded by a corrected order of fact-finding and disposition dated March 3, 2025 (see Matter of Bryant D. [Brianna G.], ___ AD3d ___ [Appellate Division Docket No. 2025-03257; decided herewith]).

CHAMBERS, J.P., CHRISTOPHER, VOUTSINAS and HOM, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court